IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THERESA ACUNA, ASHLEY ACUNA, | § § § | |
| *Plaintiffs,* | § § | SA-20-CV-01102-XR |
| vs. | § § § | |
| COVENANT TRANSPORT, INC., CTG LEASING COMPANY, CHARLES JAMES LEACH, | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action are the Motion to Quash and Protective Order of Interventional Pain Management, P.A., and TriCity Pain Associates and for Sanctions and Attorney's Fees [#76] and Motion to Quash and Protective Order of River City Chiropractic and Motion for Sanctions and Attorneys' Fees [#78], which were referred to the undersigned for disposition. The Court held a hearing on the motions on September 23, 2021, after which the Court issued an order holding the motion in abeyance and ordering the parties to file an advisory on the status of the motions by October 1, 2021. The parties filed the ordered advisory [#102] and have requested more time to continue their conference on the issues raised by the motions.

**IT IS THEREFORE ORDERED** that the parties and non-parties Interventional Pain Management, P.A., TriCity Pain Associates, and River City Chiropractic file an updated advisory on or before **October 8, 2021**, informing the Court of the results of their conference and whether an additional status conference or hearing is needed on their motions.

**IT IS SO ORDERED.**

SIGNED this 4th day of October, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE